UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ,<br><br>                              Plaintiff,<br><br>         -against-<br><br>ELYSE S. SILVERMAN, SILVERMAN KLEINMAN, LLP, CATHERINE FANDINO, HAROLD DEITERS III, EMPIRE VALUATION CONSULTANTS, LLC, CITIGROUP, INC. and CITIBANK N.A., PAYPAL, INC., and BLOCK, INC. d/b/a Square,<br><br>                              Defendants. | Case No. 1:25-cv-07380 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 7, 2025, Plaintiff filed an amended complaint as of right. Dkt. 7. The motions to dismiss the original complaint are therefore denied as moot without prejudice to refiling with respect to the amended complaint. Accordingly, the Clerk is respectfully directed to terminate the motions at Dkts. 18, 22, and 24.

Plaintiff is reminded that Defendants PayPal, Inc. and Block, Inc. have not yet been served. The deadline to do so is **December 4, 2025**. Failure to serve may result in dismissal of the claims against these Defendants.

Dated: November 13, 2025
       New York, New York

                                                    SO ORDERED.

                                                    *Jennifer Rochon*
                                                    _____
                                                    JENNIFER L. ROCHON
                                                    United States District Judge