UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ,

                    Plaintiff,

        -against-

ELYSE S. SILVERMAN, SILVERMAN
KLEINMAN, LLP, CATHERINE FANDINO,
HAROLD DEITERS III, EMPIRE
VALUATION CONSULTANTS, LLC,
CITIGROUP, INC. and CITIBANK N.A.,
PAYPAL, INC., and BLOCK, INC. d/b/a
Square,

                    Defendants.

Case No. 1:25-cv-07380 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 5, 2025, Plaintiff sought "clarification and correction of two issues arising from the Court's December 4, 2025" order.  Dkt. 39 ("Letter"); *see also* Dkt. 37 ("Order").  First, Plaintiff requested clarification regarding the Court's dismissal of Defendant Block, Inc.  Letter at 1.  In its Order, the Court dismissed the claims against Defendant Block, Inc. based on Plaintiff's representation that he "d[id] not intend to pursue the claims against Block, Inc., and therefore d[id] not oppose dismissal of Block under Rule 4(m)."  Dkt. 33 at 1; *see also* Order at 4.  In light of Plaintiff's *pro se* status, the Court properly treated this representation as a motion to dismiss the claims against Defendant Block, Inc. pursuant to Federal Rule 41(a)(1)(A)(i).  *See Carnegie Inst. of Washington v. Fenix Diamonds, LLC*, 544 F. Supp. 3d 440, 455 (S.D.N.Y. 2021) ("The Federal Rules explicitly provide a mechanism for a plaintiff to unilaterally drop its claims by filing a notice of voluntary dismissal." (citing Fed. R. Civ. P. 41(a)(1)(A)(i))).  At Plaintiff's request, the Court clarifies that the dismissal was without prejudice.

1

Second, Plaintiff's request to "address [his] certificate-of-service objection" is moot.

Letter at 1.  On December 8, 2025, the Silverman Defendants filed an affidavit of service

confirming that their motion to dismiss Plaintiff's first amended complaint was served by mail

on December 2, 2025.  *See* Dkt. 40.  Accordingly, there is no issue for the Court to address.

Dated:  December 9, 2025
        New York, New York

                                    SO ORDERED.

                                    _Jennifer Rochon_____
                                    JENNIFER L. ROCHON
                                    United States District Judge

2