# BARCLAY DAMON LLP

**Brian E. Whiteley**
*Partner*

January 7, 2026

**VIA ELECTRONIC FILING**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Request GRANTED. Plaintiff's opposition to EVC's motion to dismiss shall be due by **February 4, 2026**, and EVC's reply shall accordingly be due by **February 11, 2026**.

**SO ORDERED.**

Dated: January 8, 2026
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    Lopez v. Fandino Et. Al., Index No.: 1:25-CV-7380

Dear Hon. Rochon:

The undersigned represents defendants, Empire Valuation Consultants, LLC, and Harold Deiters III (collectively "EVC") in the above-referenced litigation. I respectfully submit this consent letter motion pursuant to Local Rules 1(A) for an Order establishing a briefing schedule related to EVC's Motion to Dismiss Plaintiff's Amended Complaint. ECF Nos. 29-30 (hereinafter the "Motion").

Plaintiff filed his First Amended Complaint on November 7, 2025. (ECF No. 26). EVC filed the Motion on November 21, 2025. Although EVC's motion was timely filed and acknowledged by the Court (*see* ECF No. 37), it has come to our attention that Plaintiff, who is proceeding *pro se*, was not mailed a copy and therefore was unaware of the Motion. As a result, Plaintiff has not yet responded to EVC's motion. In order to correct this oversight and ensure Plaintiff is afforded a fair opportunity to respond to EVC's motion, EVC respectfully requests that the Court set the following briefing schedule for its motion:

- Plaintiff's opposition to EVC's motion to dismiss shall be due by February 4, 2026;

- EVC's reply shall be due by February 11, 2026.

The parties have conferred and agreed to the foregoing schedule. Plaintiff received a copy of the Motion via email on January 6, 2026, and a copy was also served by mail on January 7, 2026. A copy of the affidavit of service of the motion is attached hereto.

Accordingly, EVC respectfully request that the Court grant this letter motion and set/reset the parties' deadlines to brief EVC's motion to dismiss, as proposed. Thank you for your time and attention to this matter. Plaintiff has agreed to the proposed schedule and has requested that we

160 Federal Street - Suite 1001 - Boston, Massachusetts 02110 barclaydamon.com
bwhiteley@barclaydamon.com  Direct: (617) 274-2903  Fax: (617) 722-6003
Also Admitted in: New York

33046207.1

Hon. Jennifer L. Rochon
January 7, 2026
Page 2

inform the Court that the lack of an opposition on file was not due to any inaction on his part but rather the result of the service issue identified above.

We appreciate the Court's attention to this matter.

Very truly yours,

Brian E. Whiteley

BEW: ae
Enc.

33046207.1