**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ROBERT G. LOPEZ,

Plaintiff,

-against-

25 **CIVIL** 7380 (JLR)

# JUDGMENT

ELYSE S. SILVERMAN; SILVERMAN KLEINMAN, LLP; CATHERINE FANDINO; HAROLD DEITERS III; EMPIRE VALUATION CONSULTANTS, LLC; CITIGROUP, INC. and CITIBANK N.A.; PAYPAL, INC.; and BLOCK, INC. d/b/a SQUARE,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 11, 2026, Defendants' motions to dismiss are GRANTED. Count I is dismissed with prejudice as to Defendants Elyse S. Silverman; Silverman Kleinman, LLP; Catherine Fandino; Harold Deiters III; Empire Valuation Consultants, LLC; Citigroup, Inc.; Citibank, N.A.; and PayPal, Inc. The Court has declined to exercise supplemental jurisdiction over Counts II through VIII, which are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**